**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: February 6, 2025**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: : | |
| | CASE NO. 24-32171 |
| AMY L. DEERE : | Chapter 7, Judge Humphrey |
| | |
| Debtor : | ORDER GRANTING TRUSTEE'S |
| | OBJECTION TO DEBTOR'S EXEMPTION |
| : | IN KNIGHTS OF COLUMBUS LIFE |
| | INSURANCE POLICY (DOC. 11) |
| : | |

The Chapter 7 Trustee, Eileen K. Field, filed an Objection (Doc. 11) to the claimed

exemption of Debtor for a Knights of Columbus life insurance policy.  As no response to the

Objection has been filed, the Objection is hereby GRANTED, and Debtor's claimed exemption on

the life insurance is denied.

SO ORDERED

Copies to:  Default List